**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

FILED BY MCO D.C.

OCT 27 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**CASE NO. 1:26-cv-24704-LMR**

**PAIGE SMITH,**
Plaintiff,

v.

**THE TAVERNA COLLECTION, INC., and GIANMARCO TAVERNA, individually and d/b/a TAVERNA INFINITI NORTH MIAMI,**
Defendants.

**PLAINTIFF'S MOTION FOR THIRTY-DAY EXTENSION OF TIME TO SERVE DEFENDANT GIANMARCO TAVERNA**

Plaintiff Paige Smith, proceeding pro se, respectfully moves pursuant to Federal Rule of Civil Procedure 4(m) for a thirty-day extension of time to complete service of the summons and Amended Complaint upon Defendant GianMarco Taverna. In support, Plaintiff states:

1. Plaintiff's Amended Complaint added Defendant GianMarco Taverna as a defendant. The Clerk issued a summons directed to GianMarco Taverna on August 25, 2026.

2. The parties' Joint Scheduling Report identified October 22, 2026 as the Rule 4(m) deadline to effect service upon Defendant GianMarco Taverna.

3. Plaintiff has diligently attempted to accomplish service. Plaintiff retained a process server to serve Defendant GianMarco Taverna at the dealership identified in the summons.

4. On October 5, 2026, Plaintiff's process server attempted service at the dealership. The process server thereafter advised Plaintiff that the dealership manager stated that GianMarco Taverna does not come into the dealership.

5. On October 6, 2026, Plaintiff instructed the process server to proceed with a skip trace and residential-address search and to make additional service attempts at any current residential or business address located. Those efforts remain ongoing.

6. Plaintiff also attempted to avoid unnecessary service expense by asking counsel for Defendant The Taverna Collection, Inc. whether counsel was authorized and willing to accept service on behalf of GianMarco Taverna. On August 11, 2026, Joshua Feygin, Esq., advised Plaintiff that he would forward Plaintiff's request to GianMarco Taverna and advise Plaintiff when he received a response. Plaintiff followed up on September 11, 2026. On October 6, 2026, after the unsuccessful dealership

attempt, Plaintiff again asked whether counsel was authorized to accept service or whether GianMarco Taverna would be willing to waive service.

7. Counsel for The Taverna Collection, Inc. has expressly stated in filings that counsel does not appear for GianMarco Taverna and that GianMarco Taverna had not been served with process. Plaintiff therefore has continued attempting personal service rather than treating communications with corporate counsel as acceptance or waiver of service.

8. Plaintiff's inability to complete service to date has not resulted from abandonment or lack of effort. Plaintiff obtained the summons, employed a process server, attempted service at the dealership, directed further investigation and service attempts after learning that GianMarco Taverna was reportedly not present there, and repeatedly sought to determine whether service could be accepted or waived.

9. Federal Rule of Civil Procedure 4(m) provides that, when a defendant has not been served within the applicable time, the Court may order that service be made within a specified additional time, and if the plaintiff shows good cause for the failure, the Court must extend the time for service for an appropriate period.

10. Plaintiff respectfully submits that the documented and ongoing service efforts constitute good cause for additional time. Alternatively, Plaintiff respectfully requests that the Court exercise its discretion under Rule 4(m) to allow additional time so that the pending service efforts may be completed.

11. Plaintiff requests a thirty-day extension of the service deadline. The requested extension is limited to completing service upon Defendant GianMarco Taverna and will allow Plaintiff's process server to complete the ongoing skip trace and additional service attempts.

12. Plaintiff is proceeding pro se and files conventionally. Plaintiff has acted promptly to seek relief while service efforts remain ongoing.

**WHEREFORE**, Plaintiff Paige Smith respectfully requests that the Court extend the time to serve Defendant GianMarco Taverna by thirty (30) days and grant such other relief as the Court deems appropriate.

Respectfully submitted,

**Paige Smith**
Plaintiff, Pro Se
5103 Wildwood Drive
Manvel, Texas 77578
Telephone: (713) 261-0300
Email: paigeamj@yahoo.com

Dated: October 22, 2026

## CERTIFICATE OF CONFERENCE

Plaintiff certifies that she conferred in writing with Joshua Feygin, Esq., counsel for Defendant The Taverna Collection, Inc., regarding the requested thirty-day extension of time to serve Defendant GianMarco Taverna. On October 22, 2026, Mr. Feygin advised Plaintiff that he is not authorized to accept service on behalf of GianMarco Taverna and that the motion is opposed. The parties were therefore unable to resolve the requested extension by agreement.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion and accompanying exhibits will be served upon counsel of record through the Court's CM/ECF system upon filing by the Clerk.

**Paige Smith**
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

**CASE NO. 1:26-cv-24704-LMR**

**PAIGE SMITH,**
Plaintiff,

v.

**THE TAVERNA COLLECTION, INC., and**
**GIANMARCO TAVERNA, individually and**
**d/b/a TAVERNA INFINITI NORTH MIAMI,**
Defendants.

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT GIANMARCO TAVERNA**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Thirty-Day Extension of Time to Serve Defendant GianMarco Taverna.

The Court, having reviewed the Motion and the record and being otherwise fully advised, hereby ORDERS AND ADJUDGES:

1. Plaintiff's Motion is **GRANTED**.

2. Plaintiff shall have an additional thirty (30) days to effect service of the summons and Amended Complaint upon Defendant GianMarco Taverna.

3. Plaintiff shall promptly file the appropriate proof of service after service is completed.

DONE AND ORDERED in Miami, Florida, this ____ day of ___________, 2026.

______________________________

**LISETTE M. REID**
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Paige Smith, Plaintiff Pro Se
Counsel of Record

EXHIBIT A
Process-Server Communications Regarding Attempts to Serve GianMarco Taverna

Tue, Sep 29 at 10:33 AM

Sending $97 for service

Sounds good
Thank you

10:34 5G+ 77

**Confirmation**

We're sending your money now. Carlos will get it in a few minutes.

$97.00

C

Carlos
Registered as Carlos Aguirre
(786) 200 8950

Done

Payment received
Thank you

I will print and attempt to serve I will keep you posted

Mon, Oct 5 at 2:24 PM


INFINITI
Taverna


INFINITI






Hi Paige I spoke to the manager here at the dealership and he stated that GianMarco Taverna never comes in this dealership

Mon, Oct 5 at 5:14 PM

Hi there Carlos.. thank you for the update. Please proceed

with a skip trace/residential address search for GianMarco Taverna and make additional service attempts at any current residential or business address you locate. Please also document this unsuccessful dealership attempt in your affidavit/return, including the date, time, location, and what the manager stated.

Please let me know if you need anything further from me.

Tue, Oct 6 at 11:00 AM

Good morning Paige
My fee for a skip trace is $150.00
Once residential address is established I would need an additional $85.00 for attempted service at new address.
I would need prepayment to start this assignment.

Thank you
Carlos Aguirre

$235.00 would be the amount I would need to start.

Tue, Oct 6 at 12:16 PM

Thanks, Carlos. Before I send the $235, can you confirm how many service attempts at the residential address are included in the $85 fee? Also, please provide me with the skip-trace results and document all service attempts for the return/affidavit. Once confirmed, I'll send payment.

Hi Paige
So the $85.00 includes three attempts per each address.

For example if we exhausted all three attempts at his home address , I will contact you and let you and you would need to let me know if we should continue three more attempts which at that point I would need an additional fee of $85.00

As far as the skip trace is concerned.
I will email you a copy of the report once the fee is paid.

Thanks,
Carlos Aguirre

Perfect, thank you. I'll send the $235 payment today. Please proceed with the skip trace and the three service attempts at the residential address located. Please keep me updated on the attempts and provide the skip-trace report

by email as discussed.

EXHIBIT A
Process-Server Communications Regarding Attempts to Serve GianMarco Taverna




Payment Received
Thank you
I will keep you updated

Thank you

Friday 6:30 PM

Hi Paige I just wanted to give an update.
His home address is
3369 SW 50 Street
Fort Lauderdale, Florida 33312
One attempt has been made with no answer.




3369



Okay

Thank you for the update

Delivered

Re: Service of Summons – GianMarco Taverna

EXHIBIT B
Correspondence Regarding Service, Acceptance/Waiver, and Rule 4(m) Extension

From: Joshua Feygin (josh@jfeyginesq.com)
To: paigeamj@yahoo.com
Date: Thursday, October 22, 2026 at 05:49 AM CDT

I failed to hit send on my prior email. I am not authorized to accept service. The motion is opposed.

**Joshua Feygin, Esq.**
Attorney At Law*

**Joshua Feygin, PLLC**
P: 954.247.8369
F: 954.697.0357
A: 4601 Sheridan St #205
Hollywood, FL 33021
(**NOTE**: By appointment only)
W: www.jfeyginesq.com
E: josh@jfeyginesq.com
**Admitted to practice in Florida, Vermont and Washington D.C.*

**NO CLIENT RELATIONSHIP**: *Communication with an attorney or staff member at Joshua Feygin, PLLC does not by itself create an attorney-client relationship or constitute the provision or receipt of legal advice. Any communication from this law firm should be considered informational only, and should not be relied or acted upon until a formal attorney-client relationship is established by formal written agreement.*

On Thu, Oct 22, 2026, 3:42 AM Paige Felicia Smith <paigeamj@yahoo.com> wrote:

> Mr. Feygin,
>
> I intend to request a 30-day extension of time under Rule 4(m) to complete service on GianMarco Taverna, as service efforts remain ongoing.
>
> Please advise whether The Taverna Collection, Inc. opposes the requested extension.
>
> Thank you,
> Paige Smith
>
> On Tuesday, October 6, 2026 at 08:05:08 AM CDT, Paige Smith <paigeamj@yahoo.com> wrote:
>
> Counsel,
>
> I am following up on my August 11 request regarding service on GianMarco Taverna. At that time, you advised that you would forward my request to him and let me know once you heard back.
>
> My process server has now attempted service at the dealership and was advised by the manager that Mr. Taverna does not come into the dealership.

Please let me know whether you are now authorized and willing to accept service of the summons and Amended Complaint on his behalf, or whether Mr. Taverna is willing to waive service.

Thanks,
Paige

On Sep 11, 2026, at 6:28 PM, Paige Felicia Smith <paigeamj@yahoo.com> wrote:

Following up.

Sent from Yahoo Mail for iPhone

On Tuesday, August 11, 2026, 8:14 PM, Joshua Feygin <josh@jfeyginesq.com> wrote:

Good evening,

I will forward your request to Mr. Taverna and will let you know as soon as I hear back.

Regards,

**Joshua Feygin, Esq.**
Attorney At Law*

**Joshua Feygin, PLLC**
P: 954.228.5674
F: 954.697.0357
A: 4601 Sheridan St #205
Hollywood, FL 33021
(**NOTE**: By appointment only)
W: www.jfeyginesq.com
E: josh@jfeyginesq.com
**Admitted to practice in Florida, Vermont and Washington D.C.*

**NO CLIENT RELATIONSHIP**: *Communication with an attorney or staff member at Joshua Feygin, PLLC does not by itself create an attorney-client relationship or constitute the provision or receipt of legal advice. Any communication from this law firm should be considered informational only, and should not be relied or acted upon until a formal attorney-client relationship is established by formal written agreement.*

On Tue, Aug 11, 2026, 8:58 PM Paige Felicia Smith <paigeamj@yahoo.com> wrote:

> Mr. Feygin,
>
> I am preparing the summons for GianMarco Taverna. Are you authorized and willing to accept service of the summons and amended complaint on his behalf?
>
> Thank you,
>
> Paige Smith

UNITED STATES POSTAL SERVICE

Retail

E

US POSTAGE PAID

$38.25

PRIORITY MAIL EXPRESS®

PAIGE SMITH
5103 WILDWOOD DR
MANVEL TX 77578-4172
(713) 261-0300

0 Lb 3.80 Oz

RDC 07

SCHEDULED DELIVERY DAY: 10/24/26 06:00 PM

C071

SHIP TO:

US DISTRICT COURT
FL 8
301 N MIAMI AVE
MIAMI FL 33128-7703

USPS TRACKING® #

9570 1124 2359 0299 2463 78

VISIT

ORDER

PS10001000008

EP13F October 2023
OD: 12 1/2 x 9 1/2

PRIORITY MAIL EXPRESS®

Paige Smith
5103 Wildwood Drive
Manvel, TX 77578

REC'D BY ______ D.C.

OCT 27 2025

CLERK U.S. DIST. CT. S.D. OF FLA. - MIAMI

US District Court - FL
8th Floor

GUARANTEED* • TRACKED • INSURED

UNITED STATES POSTAL SERVICE. Retail

E

US POSTAGE PAID
$38.25
Origin: 77584
10/22/26
4888911584-98

PRIORITY MAIL EXPRESS®

PAIGE SMITH
5103 WILDWOOD DR
MANVEL TX 77578-4172
(713) 281-0300

0 Lb 3.50 Oz
RDC 07

SCHEDULED DELIVERY DAY: 10/24/26 06:00 PM

C071

SHIP TO:
US DISTRICT COURT
FL 8
301 N MIAMI AVE
MIAMI FL 33128-7709

USPS TRACKING® #

9570 1124 2369 6295 2480 78

FLA
ONE RA
To sch

VISIT
ORDER

PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

PRIORITY MAIL EXPRESS®

PAIGE SMITH
5103 WILDWOOD DRIVE
MANVEL, TX 77578

REC'D BY_______D.C.
OCT 27 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

US DISTRICT COURT - FL
8TH FLOOR

GUARANTEED* ▪ TRACKED ▪ INSURED

For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 20 lbs.