**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 1:26-cv-24704-LMR

PAIGE SMITH,

Plaintiff,

v.

THE TAVERNA COLLECTION, INC., and
GIANMARCO TAVERNA, individually and d/b/a
TAVERNA INFINITI NORTH MIAMI,

Defendants.
_________________________________________/

**DECLARATION OF GIANMARCO TAVERNA**

I, GianMarco Taverna, declare as follows:

1. I am over eighteen years of age and competent to make this declaration. I make it on personal knowledge in support of my Motion to Quash Service of Process and to Dismiss for Insufficient Service of Process, and Response in Opposition to Plaintiff's Motion for Extension of Time to Serve. I make it solely to contest service of process and personal jurisdiction, and I do not consent to the jurisdiction of the Court.

2. The home at 3369 SW 50th Street, Fort Lauderdale, Florida 33312, is the home of my mother, Reny Dubon.

3. I last lived at 3369 SW 50th Street in May 2010. I did not live there on October 29, 2026.

4. Since May 2014, I have lived in Miami Beach, Miami-Dade County, Florida. That is where I was living on October 29, 2026, and where I live today.

5. My Florida driver's license lists my Miami Beach address.

6. I do not keep a bedroom at my mother's home.

7. I was not personally served with the summons or the Amended Complaint in this case, and I have not received a copy of either by mail at any address.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed on November 9___, 2026.

GianMarco Taverna