**EXHIBIT B**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 1:26-cv-24704-LMR

PAIGE SMITH,

Plaintiff,

v.

THE TAVERNA COLLECTION, INC., and
GIANMARCO TAVERNA, individually and d/b/a
TAVERNA INFINITI NORTH MIAMI,

Defendants.
_____________________________________________/

**DECLARATION OF RENY DUBON**

I, Reny Dubon, declare as follows:

1.I am over eighteen years of age and competent to make this declaration. I make it on personal knowledge.

2.My name is Reny Dubon. The Proof of Service filed in this case on November 2, 2026, states that the summons was left with "Reyna Dubon." That is not my name.

3.I own the home at 3369 SW 50th Street, Fort Lauderdale, Florida 33312, and I have lived there since May 1997.

4.I live in my home alone. No one other than me has lived in my home since May 2010.

5.GianMarco Taverna is my son. He moved out of my home in May 2010 and has not lived there since. He did not live in my home on October 29, 2026.

6.My son lives in Miami Beach, Florida, and has lived there since May 2014.

7.My son does not have a bedroom in my home, and he does not regularly stay overnight in my home beyond the occasional holiday visit.

8.On the morning of October 29, 2026, a man left papers at my home. He did not ask me whether my son lived there, and I did not tell him that my son lived there. He did not tell me what the papers were.

9.My son has never authorized me to accept legal papers on his behalf.

10.Since October 29, 2026, no papers relating to this lawsuit addressed to my son have arrived at my home by mail.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed on November 10, 2026.

Reny Dubon

Reny Dubon