**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 1:26-cv-24704-LMR

PAIGE SMITH,

Plaintiff,

v.

THE TAVERNA COLLECTION, INC., and
GIANMARCO TAVERNA, individually and d/b/a
TAVERNA INFINITI NORTH MIAMI,

Defendants.
_______________________________________/

**ORDER ON DEFENDANT GIANMARCO TAVERNA'S MOTION TO QUASH SERVICE**
**OF PROCESS AND TO DISMISS, AND ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE**

THIS CAUSE came before the Court on Plaintiff's Motion for Thirty-Day Extension of Time to Serve Defendant Gianmarco Taverna (D.E. 41) and Defendant GianMarco Taverna's Motion to Quash Service of Process and to Dismiss for Insufficient Service of Process, and Response in Opposition (D.E. ___). The Court has reviewed the Motions and the record and is otherwise fully advised. Accordingly, it is ORDERED AND ADJUDGED as follows:

1. Plaintiff's Motion for Thirty-Day Extension of Time to Serve Defendant Gianmarco Taverna (D.E. 41) is DENIED.

2. Defendant GianMarco Taverna's Motion to Quash Service of Process and to Dismiss for Insufficient Service of Process is GRANTED.

3. The service of process reflected in the Proof of Service filed November 2, 2026 (D.E. 42) is QUASHED.

4. Plaintiff's claims against Defendant GianMarco Taverna are DISMISSED WITHOUT PREJUDICE.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of November, 2026.

________________________________
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of record
Paige Smith, pro se, 5103 Wildwood Drive, Manvel, Texas 77578